# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0290
Lower Tribunal No. 23-22431-CA-01
_____

**Manuel Prieguez,**
Appellant,

vs.

**Alex Diaz de la Portilla, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Law Firm of Juan-Carlos Planas, P.A., and Juan-Carlos Planas; Toth Funes PA, and Brian W. Toth and Freddy Funes, for appellant.

Tucker Ronzetti, P.A., and Thomas A. Tucker Ronzetti; Kuehne Davis Law, P.A., and Benedict P. Kuehne, for appellee Alex Diaz de la Portilla.

Before SCALES, C.J., and EMAS and LOGUE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Carollo v. Platinum Advisors, LLC</u>, 319 So. 3d 686, 688 (Fla. 3d DCA 2021) ("A city commissioner enjoys absolute legislative immunity when acting in a legislative capacity.").